The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN DAVID SHERRARD, an individual,<br><br>                              Plaintiff,<br><br>     v.<br><br>YVONNE R. GRAY and IAN M. GRAY; and the marital community composed thereof; UNITED STATES OF AMERICA, and UNITED STATES POSTAL SERVICE, a governmental entity,<br><br>                              Defendants. | Case No. 2:22-cv-01188-RSL<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |

## **JOINT STIPULATION**

Pursuant to Local Civil Rule 7(d)(1) and Federal Rule of Civil Procedure 41(a)(1)(A(ii), the parties, by and through the undersigned counsel of record, hereby stipulate that Defendants Yvonne R. Gray and Ian M. Gray, individually and the marital community composed thereof, and the United States Postal Service, be dismissed with prejudice from this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, whether or not actually asserted to date, without cost to either party.

*//*

STIPULATED MOTION AND ORDER OF DISMISSAL 2:22-
cv-01188-RSL - 1

The United States of America remains a proper party defendant in this case brought pursuant to the Federal Tort Claims Act ("FTCA").

**SO STIPULATED.**

DATED this 15th day of November, 2022.

BURI FUNSTON MUMFORD & FURLONG, PLLC

_/s Tom Mumford_
TOM MUMFORD, WSBA No. 28652
1601 F Street
Bellingham, WA 98225
Phone: 360-752-1500
Fax: 360-752-1502
Email: tom@burifunston.com

*Attorney for Plaintiff*

NICHOLAS W. BROWN
United States Attorney

_/s Kristen R. Vogel_
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: kristen.vogel@usdoj.gov

*Attorney for United States of America*

1

## **ORDER**

2     The Court, having reviewed the stipulation of the parties, hereby **ORDERS** that

3  Defendants Yvonne R. Gray and Ian M. Gray, individually and the marital community composed

4  thereof, and the United States Postal Service be dismissed with prejudice from this action and

5  without costs or fees to either party.

6

7     Dated this _____5th_____ day of _____December_____, 2022.

8

9

ROBERT S. LASNIK
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24